IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 39

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| KATHY CHO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant's Motion to Seal Letter from Probation (Doc. 26) ("Motion to Seal"). The letter (Doc. 26-1) is written by Defendant's probation officer and has been submitted by Defendant in support of her request to modify the conditions of her supervision.

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

Here, the Court has considered the Motion to Seal, the public's interest in access to the subject filing, and alternatives to sealing. The Court determines that sealing is necessary, as less restrictive means of handling the

information are not sufficient. The Motion to Seal has appeared on the docket since December 7, and the subject letter includes Defendant's medical and mental health information as well as details about the personal living arrangements of Defendant who is 79 years old.

Accordingly, Defendant's Motion to Seal Letter from Probation (Doc. 26) ("Motion to Seal") is **GRANTED**, and the letter from Defendant's probation officer (Doc. 26-1) is **SEALED** and shall remain sealed until further Order of the Court.

Signed: December 16, 2019

W. Carleton Metcalf
United States Magistrate Judge