**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**DOCKET NO: 1:19-CR-00039-MOC-WCM**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **KATHY ANN CHO,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Modify Conditions of Probation (#25) and Motion to Seal Letter from Probation (#26).

On May 31, 2019, Defendant pleaded guilty to one count of transporting and receiving Wild American Ginseng, in violation of 16 U.S.C. §§ 3372(a)(2)(B) and 3373(d)(1)(B). The Court sentenced Defendant to two years' probation. As a condition, Defendant was required to "submit to home detention, with location monitoring technology," for six months. (#23 ¶ 23).

Defendant now requests removal of this location monitoring condition. In support, she filed a letter from the U.S. Probation Office in Atlanta, which detailed sensitive medical information, and which concluded that Defendant was unable to comply with the demands of this condition. (#26-1). Having considered the matter, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Seal Letter from Probation (#26) is **GRANTED**, and the letter is **SEALED**. Furthermore, Defendant's Unopposed Motion to Modify Conditions of Probation (#25) is **GRANTED**, and the location monitoring condition is **REMOVED**. Defendant shall otherwise abide by all previously imposed conditions.

Signed: December 17, 2019

Max O. Cogburn Jr.
United States District Judge